AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania ▼

| | | |
|---|---|---|
| W.R. CASE & SONS CUTLERY COMPANY, a Pennsylvania Corporation, and CASEMARK, INC., a Delaware Corporation<br><br>*Plaintiff(s)*<br>v.<br>ROADSIDEIMPORTS, LLC, a Colorado Limited Liability Company<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 17-106 Erie |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roadsideimports, LLC
830 Sharis Court
Bennett, Colorado 80102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian T. Must, Esquire
Metz Lewis Brodman Must O"Keefe LLC
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

04/28/2017

*Susan Parmeter*

*Date* *Signature of Clerk or Deputy Clerk*